UNITED STATES v. BREWER et al.

(Circuit Court, S. D. New York. December 9, 1897.)

No. 2,313.

CUSTOMS DUTIES—CORRECTING INVOICE—REIMPORTATIONS.

In an invoice of reimported grain bags of American manufacture, a mistake in naming the vessel may be corrected by filing a new invoice, and the duties may then be remitted.

This was an appeal by the United States from a decision of the board of general appraisers allowing the correction of the invoice of certain grain bags made in this country, and reimported, after having been sent abroad.

Henry D. Sedgwick, Jr., Asst. U. S. Atty.

Stephen G. Clarke, for defendant.

WHEELER, District Judge. The protest in this case raised the question as to remission of duties on grain bags exported from this country and returned. The board of general appraisers allowed an error in the name of the vessel in one of the invoices to be corrected,

and the duties to be remitted. This appeal is made by the government against that remission. To allow the correction of an invoice by filing a new one seems to be proper, and the decision of the board of general appraisers is affirmed, for the reasons stated by them. Decision affirmed.